UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DWAYNE O. SEWELL, Individually and on Behalf of All Other Persons Similarly Situated,

    Plaintiff,

v.

ALLPARKING MANAGEMENT INC., MARLO TOWERS GARAGE CORP., 12TH STREET GARAGE CORP., 111 WASHINGTON STREET GARAGE CORP, NASSAU ST. GARAGE CORP., CHARLES STREET GARAGE, INC., W. 79th STREET PARKING CORP., GERALD BRAUSER, STEVEN BRAUSER, MARK BRAUSER, and ABC CORPORATIONS #1-20, and JOHN DOES #1-10, a/k/a "The Brauser Enterprise," Jointly and Severally,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:11-CV-8039 (PKC) (GWG)

---

NOTICE OF PLAINTIFF'S AND THE CLASS MEMBERS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT

    For the reasons set forth in the Memorandum of Law in Support of Plaintiff and the Class Members' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Class, the Certification of Douglas B. Lipsky (Lipsky Cert."), and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

    1.    granting final certification of the settlement class;

    2.    granting final approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Lipsky Cert.;

    3.    granting approval of the FLSA Settlement; and

4.  granting such other, further, or different relief as the court deems just and proper.

Plaintiff and the Class Members have submitted a Proposed Order, attached hereto as Exhibit A, for the Court's convenience.

Dated: New York, New York
       January 11, 2013

                    BRONSON LIPSKY LLP


                    By: s/ Douglas B. Lipsky
                        Douglas Lipsky (DL-9372)
                    630 Third Avenue, Fifth Floor
                    New York, New York 10017-6705
                    Phone: 212.392.4772
                    Fax: 212.444.1030
                    dl@bronsonlipsky.com

                    Jeffrey M. Gottlieb (JG-7905)
                    nyjg@aol.com
                    Dana L. Gottlieb (DG-6151)
                    danalgottlieb@aol.com
                    GOTTLIEB & ASSOCIATES
                    150 East 18th Street, Suite PHR
                    New York, New York 10003
                    Phone: 212.228.9795
                    Fax: 212.982.6284

                    *Attorneys for Plaintiff Sewell and the Class Members*