UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DWAYNE O. SEWELL, Individually and on Behalf of All Other Persons Similarly Situated,

          Plaintiff,

v.

ALLPARKING MANAGEMENT INC., MARLO TOWERS GARAGE CORP., 12TH STREET GARAGE CORP., 111 WASHINGTON STREET GARAGE CORP, NASSAU ST. GARAGE CORP., CHARLES STREET GARAGE, INC., W. 79th STREET PARKING CORP., GERALD BRAUSER, STEVEN BRAUSER, MARK BRAUSER, and ABC CORPORATIONS #1-20, and JOHN DOES #1-10, a/k/a "The Brauser Enterprise," Jointly and Severally,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:11-CV-8039 (PKC) (GWG)

---

**NOTICE OF PLAINTIFF'S AND THE CLASS MEMBERS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSMEENT EXPENSES**

---

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's and Class Members' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Certification of Douglas B. Lipsky (Lipsky Cert."), and the exhibits attached thereto, Plaintiff respectfully request that the Court enter an Order:

    1.    awarding Class Counsel attorneys' fees of $149,366.40;

    2.    awarding Class Counsel costs of $633.60; and

3. granting such other, further, or different relief as the court deems just and proper.

Dated: New York, New York
       January 11, 2013

                BRONSON LIPSKY LLP

                By: s/ Douglas B. Lipsky
                    Douglas Lipsky (DL-9372)
                630 Third Avenue, Fifth Floor
                New York, New York 10017-6705
                Phone: 212.392.4772
                Fax: 212.444.1030
                dl@bronsonlipsky.com

                Jeffrey M. Gottlieb (JG-7905)
                nyjg@aol.com
                Dana L. Gottlieb (DG-6151)
                danalgottlieb@aol.com
                GOTTLIEB & ASSOCIATES
                150 East 18th Street, Suite PHR
                New York, New York 10003
                Phone: 212.228.9795
                Fax: 212.982.6284

                *Attorneys for Plaintiff Sewell and the Class Members*